**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-6066**

―――――――――

AUSTIN REID PITTMAN,

        Plaintiff - Appellant,

    v.

RONNIE LANE HUNEYCUTT, Warden; THEODORE DOW, Nurse,

        Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:22-cv-00164-MR)

―――――――――

Submitted:  May 15, 2025                                    Decided:  May 20, 2025

―――――――――

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Austin Reid Pittman, Appellant Pro Se.  Caitlin Tellechea Augerson, Sonny Sade Haynes, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Austin Reid Pittman appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Pittman's motion to order prison officials to release account information and affirm the district court's order. *Pittman v. Huneycutt*, No. 5:22-cv-00164-MR (W.D.N.C. Jan. 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2